United States District Court
EASTERN DISTRICT OF CALIFORNIA

United States of America
vs.
Lahren Leshawn Davis

Case No. 1:15-cr-00209 – LJO/SKO – 003

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Lahren Leshawn Davis, have discussed with Francisco J. Guerrero, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant released to the third party custody of Janel Reece is removed. All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  1-23-18         _____  1/22/2018
Signature of Defendant       Date            Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                                               1/22/2018
Signature of Assistant United States Attorney                           Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                               1/25/18
Signature of Defense Counsel                                            Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on 1/25/2018
[ ] The above modification of conditions of release is not ordered.

_____                                               1/25/2018
Signature of Judicial Officer                                           Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services